1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10

11   ANTONIO MEEKS,                          )   1:07 CV 0042 OWW WMW HC
                                             )
12                                           )   FINDINGS AND RECOMMENDATIONS RE
                                             )   DISMISSAL OF PETITION FOR WRIT OF
                  Petitioner,                )   HABEAS CORPUS
13                                           )
        v.                                   )
14                                           )
                                             )
15   JEFF WRIGLEY,                           )
                                             )
16                Respondent.                )
     _____)
17

18        Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas

19   Corpus pursuant to 28 U.S.C. § 2241.

20        On May 3, 2007, the court issued an order requiring Respondent to answer the petition

21   and served the order on Petitioner.  On May 14, 2007,  the order served on Petitioner was

22   returned by the U.S. Postal Service as undeliverable.

23        Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to

24   keep the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides,

25   in pertinent part:

26

27        If mail directed to a plaintiff in propria persona by the Clerk is

28        returned by the U.S. Postal Service, and if such plaintiff fails to

                                             1

1  notify the Court and opposing parties within sixty (60) days

2  thereafter of a current address, the Court may dismiss the action

3  without prejudice for failure to prosecute.

4  In the instant case, sixty days have passed since Petitioner's mail was returned and he has not

5  notified the court of a current address.

6  In determining whether to dismiss an action for lack of prosecution, the court must

7  consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the

8  court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public

9  policy favoring disposition of cases on their merits; and (5) the availability of less drastic

10  sanctions. Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d

11  1439 (9th Cir. 1988). The court finds that the public's interest in expeditiously resolving this

12  litigation and the court's interest in managing the docket weigh in favor of dismissal, as this case

13  has been pending since January 9, 2007. The court cannot hold this case in abeyance indefinitely

14  based on Petitioner's failure to notify the court of his address. The third factor, risk of prejudice

15  to defendants, also weighs in favor of dismissal, since a presumption of injury arises from the

16  occurrence of unreasonable delay in prosecuting an action. Anderson v. Air West, 542 F.2d 522,

17  524 (9th Cir. 1976). The fourth factor -- public policy favoring disposition of cases on their

18  merits -- is greatly outweighed by the factors in favor of dismissal discussed herein. Finally,

19  given the court's inability to communicate with Petitioner based on Petitioner's failure to keep

20  the court apprised of his current address, no lesser sanction is feasible.

21  Accordingly, the court HEREBY RECOMMENDS that this action be dismissed for

22  Petitioner's failure to prosecute.

23  These findings and recommendations are submitted to the United States District Judge

24  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days

25  after being served with these findings and recommendations, any party may file written

26  objections with the court and serve a copy on all parties. Such a document should be captioned

27  "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

28  shall be served and filed within ten days after service of the objections. The parties are advised

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  IT IS SO ORDERED.

4  **Dated:   December 6, 2007**          _____/s/  William M. Wunderlich_____
                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28